| | |
|---|---|
| Eric L. Wesenberg (SBN 139696) | David G. Conlin (*Pro Hac Vice*) |
| ewesenberg@perkinscoie.com | dconlin@edwardswildman.com |
| PERKINS COIE, LLP | George W. Neuner (*Pro Hac Vice*) |
| 3150 Porter Drive | gneuner@edwardswildman.com |
| Palo Alto, CA  94304 | Brian M. Gaff (SBN 202896) |
| Telephone:  650-838-4300 | bgaff@edwardswildman.com |
| Facsimile:  650-838-4350 | EDWARDS WILDMAN PALMER LLP |
| | 111 Huntington Avenue |
| Jeffrey S. Love (SBN 195068) | Boston, MA 02199-7613 |
| jeffrey.love@klarquist.com | Telephone No.: 617-239-0100 |
| Deakin T. Lauer (*Pro Hac Vice*) | Facsimile: 617-227-4420 |
| deakin.lauer@klarquist.com | |
| Salumeh R. Loesch (*Pro Hac Vice*) | Neil A. Smith (SBN 63777) |
| salumeh.loesch@klarquist.com | nsmith@rmkb.com |
| KLARQUIST SPARKMAN, LLP | ROPERS, MAJESKI, KOHN, & BENTLEY P.C. |
| 121 S.W. Salmon Street, Suite 1600 | 50 W. San Fernando Street, Suite 1400 |
| Portland, OR  97204-2988 | San Jose, CA 95113-2431 |
| Telephone:  503-595-5300 | Telephone No.: 408-287-6262 |
| Facsimile:  503-595-5301 | Facsimile: 408-918-4501 |
| | |
| Attorneys for Defendant | Attorneys for Plaintiff CELLECTRICON AB |
| FLUXION BIOSCIENCES, INC. | |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| CELLECTRICON AB, | Case No.:  3:11-cv-03009-RMW |
| Plaintiff, | **STIPULATION AND []** |
| v. | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES** |
| FLUXION BIOSCIENCES, INC., | |
| Defendant. | [Civil Local Rules 6-2 and 7-12] |
| | Current CMC Date: October 28, 2011 |
| | Proposed New CMC Date: December 9, 2011 |
| | Courtroom 6, 4th Floor |
| | Honorable Ronald M. Whyte |

1      STIPULATION AND []
ORDER CONTINUING CASE
MANAGEMENT CONFERENCE
Case No.:  3:11-cv-03009-RMW

1   Defendant Fluxion Biosciences, Inc. ("Defendant") and Plaintiff Cellectricon AB
2   (collectively, "the Parties"), by and through their counsel of record, respectfully submit this Joint
3   Stipulation and Proposed Order seeking a six week continuance of the Case Management
4   Conference from October 28, 2011 to December 9, 2011, or to such later date as is convenient for
5   the Court.
6   WHEREAS, on July 29, 2011, the Court ordered a further Case Management Conference for
7   October 28, 2011.
8   WHEREAS, Defendant hopes to settle this case soon.  The parties jointly request a
9   postponement to avoid unnecessary expense in the meantime.
10   THEREFORE, IT IS HEREBY STIPULATED AND AGREED THAT:
11   The Case Management Conference, presently scheduled for October 28, 2011, may be
12   continued to December 9, 2011, or as soon thereafter as the Court's schedule will allow.
13   IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated:  October 14, 2011        /s/Jeffrey S. Love
                                Eric L. Wesenberg (SBN 139696)
                                PERKINS COIE, LLP

                                Jeffrey S. Love (SBN 195068)
                                Deakin T. Lauer (*Pro Hac Vice*)
                                Salumeh R. Loesch (*Pro Hac Vice*)
                                KLARQUIST SPARKMAN, LLP

                                Attorneys for Defendant
                                FLUXION BIOSCIENCES, INC.

Dated:  October 14, 2011        /s/George W. Neuner
                                David G. Conlin (*Pro Hac Vice*)
                                George W. Neuner (*Pro Hac Vice*)
                                Brian M. Gaff (SBN 202896)
                                EDWARDS WILDMAN PALMER LLP

                                Neil A. Smith (SBN 63777)
                                ROPERS, MAJESKI, KOHN, & BENTLEY P.C.

                                Attorneys for Plaintiff CELLECTRICON AB

2       STIPULATION AND []
        ORDER CONTINUING CASE
        MANAGEMENT CONFERENCE
        Case No.:  3:11-cv-03009-RMW

1   PURSUANT TO STIPULATION, IT IS SO ORDERED

2   Dated: _____F€B€_____, 2011

*Ronald M. Whyte*
_____
HON. RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE

3   STIPULATION AND []
    ORDER CONTINUING CASE
    MANAGEMENT CONFERENCE
    Case No.: 3:11-cv-03009-RMW